IN THE MATTER OF:

MARK ANTHONY MORROW
KHEMBERLY LASHAI MORROW

CASE NO. 08-59164-WSD
CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

_____ Debtors _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| MARK ANTHONY MORROW KHEMBERLY LASHAI MORROW 28347 HEATHER WAY ROMULUS, MI 48174-0000 SSN: XXX-XX-1978 or XXX-XX-5941 | N/A | N/A | DEBTOR REFUND | 1284396 | 7/12/10 | $ 5.76 |

DATED: July 15, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930      8934821
DETROIT, MICHIGAN 48231-1930

0859164 00000 017414 1284396
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 07/12/2010                                        Check No: 1284396
Payee: CLERK OF US BANKRUPTCY COURT

| 0859164 | MARK ANTHONY MORROW & KHEMBERLY LASHAI MORROW | | | 5.76 | 0.00 | 5.76 |
| | ACCT: | CLAIM. 00000 TYPE: | Balance: | 0.00 | | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)987-9857 FAX

68-79
611

**CHECK NO. 1284396**
SunTrust Bank

**FOR**  MARK ANTHONY MORROW and KHEMBERLY LASHAI MORROW
BK:0859164  ACCT:
PRIN:      5.76  INT:      0.00

**DATE** Jul 12, 2010

**AMOUNT**
**\*\*\*\*\*\*\*\*\*\*5.76**

**PAY**  5.76

Five And 76 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $5.76
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

IN THE MATTER OF:

MARK ANTHONY MORROW
KHEMBERLY LASHAI MORROW

CASE NO. 08-59164-WSD
CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

_____ Debtors _____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**CHIMKO & ASSOCIATES**
**26212 WOODWARD**
**ROYAL OAK, MI 48067**

**Last Known Address for Debtors:**

**MARK ANTHONY MORROW**
**KHEMBERLY LASHAI MORROW**
**28347 HEATHER WAY**
**ROMULUS, MI 48174**

DATED: July 15, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100